IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 22-cr-30 (TJK) |
| v. | : |
| ROBERT THOMAS SNOW, | : |
| *Defendant*. | : |

## ORDER

Based upon the representations in the Defendant's *Consent* Motion to Proceed with Sentencing by Videoconference, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the sentencing currently scheduled for July 7, 2022 at 10:00 a.m. shall proceed by videoconference.

_____
HONORABLE TIMOTHY J. KELLY
United States District Court Judge
For the District of Columbia