# Exhibit 1

Honorable Timothy J. Kelly
United States District Court Judge
United States District Court for the
  District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

      Re:    *United States v. Robert Snow*, 22-cr-30-TJK

Dear Judge Kelly:

January 6, 2021 was a dark day in our history as a democracy and in my own life. Let me begin by saying that I am truly sorry. I apologize to all those injured and harmed on that day. I apologize to my family for the embarrassment brought to them by my actions. To my sorrow, I will be forever linked to the events of that day. I can only speak for myself and not to the motivation of others that were present. Therefore, I offer to you, no arguments, no excuses, no justifications for my actions, as there are none.

I do hope, however, to bring forward after a lot of soul searching on my part, some explanation, but not an excuse, for why I walked into the Capitol building that day.

I came to Washington, D.C. out of a sense of patriotism. I wanted to be part of an event that celebrated American freedom. I left my home and drove to Washington DC alone, not in the company of anyone else, not part of any political plan or part of any organizational plan. I have no affiliation with any political militant group or persons.

From the time I left home, until the time I returned home, there was never any malice in my heart, never any political agenda in my mind, toward anyone or anything, for any dark intent or purpose.

When I arrived on the Mall the early morning of January 6, I was greeted by and in the presence of thousands of people. I took pictures of the Lincoln Memorial, the World War 2 Memorial, the Washington Monument and other historic places while seeing people waving flags and singing songs.

Sometime after midday, the very large crowds began walking the Mall towards the Capitol. People began moving forward toward the Capitol. I went with them. My mind was somehow blindly putting aside the ramifications of what I was now part of. I know that now after the fact. I have no explanation of why my

normally decisive mind, was directed to this action. In reviewing video, I have seen myself pat people on the back, raise my fist in the air, and say to others, "your house."

I have searched my soul as I said, trying to find out my own explanation and motivation for those actions and what my mindset was that afternoon. I can only offer, that I was part of an intense protest of thousands of people, for some five or more hours earlier and my mind was caught up in the moment. I believe that feeling was overwhelming and carried over in my mind, as I entered that building.

Please know that I never wanted harm to come to anyone because that is not the person that I am. Regardless, I am truly sorry for the choice that I made. It will live with me for the rest of my life. This event has been life changing for my family. People who were friends have turned their back on me, people who see me and my wife, walk the other way. Once I was a respected man in the community, now I am a pariah. Having never been confronted with arrest, I will never rid myself of those terrible hours in that jail cell, chained from the hands to my waist and to my feet and all four extremities cuffed. People also actually and unfortunately, hate me enough, due to the local and national press stories, that they threatened harm to me.

But, I did wrong, and I have to admit to myself my own guilt and shame in this, and sorrowfully accept that this is part of what I created for myself. I offer this Court my apology. I offer it to my family and friends. To my children, my grandchildren, and my greatgrandchildren, I offer to them that I am sorry, as this is not the legacy of me in their memory that their PAPA wanted to leave them. I offer my apology to all who I harmed on January 6.

To this Court, Mea Culpa, Mea Maxima Culpa. I ask that you sincerely consider and accept my heartfelt apology.

Thank you,


Robert Thomas Snow