# Exhibit 2

OFFICE OF THE CLERK
UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

June 15, 2022

Robert Snow

RE:   Check no. 1098

Dear Mr. Snow,

The enclosed check is being returned for the following reason(s):

**Restitution and other fees are not due until after you have been formally sentenced.**

Please contact us with any questions.

Sincere regards,

U.S. District Court
District of Columbia

333 Constitution Ave. NW ~ Room 1225 ~ Washington, D.C. ~ 20001
(202) 354-3000