# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No. 22-CR-30 (TJK)** |
| **ROBERT THOMAS SNOW,** : | |
| also known as "Bob Snow" : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits that are incompatible with CM/ECF filing. The items are six videos that are Exhibits 1 through 6 of the Government's Sentencing Memorandum (Dkt. No. 26). The government has no objection to the public release of these exhibits. The government has made the following video exhibits available to the Court and the defendant electronically:

1. Exhibit 1 is a video of the West Plaza area of the U.S. Capitol building on January 6, 2021 obtained from an open source that is 32 seconds long.

2. Exhibit 2 is a video of the West Plaza area of the U.S. Capitol building on January 6, 2021 obtained from an open source that is 1 minute and 10 seconds long.

3. Exhibit 3 is a video of the scaffolding area on the west side of the U.S. Capitol building on January 6, 2021 obtained from an open source is 3 minutes and 2 seconds long.

4. Exhibit 4 is a video from inside the U.S. Capitol building in the Senate Wing Door area on January 6, 2021 that is 3 minutes and 15 seconds long.

5. Exhibit 5 is a video from inside the U.S. Capitol building in the Senate Wing Door area on January 6, 2021 that is 49 seconds long.

6. Exhibit 6 is a video from inside the U.S. Capitol building in the third floor House Gallery NW area on January 6, 2021 that is 1 minute and 11 seconds long.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Alison B. Prout
ALISON B. PROUT
Assistant United States Attorney
Georgia Bar No. 141666
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6000
alison.prout@usdoj.gov